**City of Chicago, appellee, v. Fred G. Biedenkapp, appellant. Gen. No. 30,679.**

Conviction of breach of peace. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed May 5, 1926.

David J. Bentall, for appellant. Francis X. Busch, Corporation Counsel, and Samuel E. Pincus, Prosecuting Attorney, for appellee; Eliot H. Evans, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Chicago Title & Trust Company, administrator of the estate of Harriot Benton Ward, deceased, claimant and appellant, v. Charles W. Ward, executor of the estate of George C. Benton, deceased, defendant and appellee. Gen. No. 29,485.**

Judgment on mandate of Supreme Court in 319 Ill. 201. Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed in part and judgment here with a finding of facts. Opinion filed May 5, 1926.

Fisher, Boyden, Kales & Bell, for appellant; Darrell S. Boyd and Roy P. Kelly, of counsel. Montgomery, Hart & Smith, for appellee; Louis E. Hart and Irving Herriott, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

**Leafgreen Construction Company, appellee, v. Oliver L. Watson, appellant. Gen. No. 30,552.**

Action to recover moneys paid to release mechanics' liens. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 5, 1926.

Robert F. Bradburn, for appellant. Alfred M. Cordell, for appellee.

Mr. Justice Taylor delivered the opinion of the court.